# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2467
Lower Tribunal No. 10-10962 SP
_____

**MGA Insurance Company, Inc.,**
Appellant,

vs.

**Manuel V. Feijoo, M.D., P.A., and Manuel V. Feijoo, M.D.,
a/a/o Mantillas Arias,**
Appellees.


An Appeal from the County Court for Miami-Dade County, Linda Melendez, Judge.

Dutton Law Group P.A., and Rebecca Delaney (Tampa), and Anthony L. Tolgyesi, and Scott W. Dutton (Tampa), for appellant.

Montes & Associates Law Firm, P.L., and Juan C. Montes (Miramar); The Law Offices of Kenneth B. Schurr, and Kenneth B. Schurr, for appellees.


Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.